UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00145-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE GARCIA-PARDO,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file and following a conference with the counsel for both parties. Based on the foregoing, it is

ORDERED that a 2-day jury trial is set for **Monday, May 24, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 6th day of April, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Chief U. S. District Judge